

**STATE OF WASHINGTON**

# DEPARTMENT OF LABOR AND INDUSTRIES
PO BOX 44288 • OLYMPIA WA 98504-4288
http://www.lni.wa.gov/3rdparty/
FILED ___ LODGED
___ RECEIVED
MAR 12 2020
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

March 10, 2020

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>County Superior Court<br>WESTERN DISTRICT OF WA AT TACOMA<br>1717 PACIFIC AVE RM 3100<br>TACOMA, WA 98402-2177 | Claim number: ZB23363<br>Injured Worker: NGOC ANH V. PHAN<br>Employer: FORTIVE<br>Date of Injury: 12/18/2017 |

RE: NGOC ANH PHAN and LONG PHAN,

V.

NATIONAL RAILROAD PASSENGER
COPORATION, d.b.a. AMTRAK; and
DOES ONE THROUGH FIFTY.

### UNITED STATES DISTRICT COURT COUNTY NOTICE OF STATUTORY INTEREST IN RECOVERY

### CAUSE NO: 3:18-CV-05784-B

Dear Court Clerk:

Enclosed for filing in the above-entitled cause is the original of the Department of Labor and Industries' Notice of Statutory Interest in Recovery.

Thank you for your cooperation.

Sincerely,

Daniel Zimmer
Third Party Adjudicator
Phone: 360-902-5105
Fax:   360-902-5156

TPTY-NSIR
Enclosure

NSIR-1



**STATE OF WASHINGTON**

# DEPARTMENT OF LABOR AND INDUSTRIES

PO BOX 44288 OLYMPIA WA 98504-4288
http://www.lni.wa.gov/3rdparty/

March 10, 2020

JOSEPH GRUBE
ATTORNEY AT LAW
1200 5TH AVE, STE 625
SEATTLE, WA 98101

Claim number: ZB23363
Injured Worker: NGOC ANH V. PHAN
Date of Injury: 12/18/2017
Employer: FORTIVE

RE: NGOC ANH PHAN and LONG PHAN,

V.

NATIONAL RAILROAD PASSENGER
COPORATION, d.b.a. AMTRAK; and
DOES ONE THROUGH FIFTY.

Dear JOSEPH GRUBE:

Enclosed is a copy of the Department of Labor and Industries' Notice of Statutory Interest in Recovery which is being filed.

Please note that RCW 51.24.090 requires the department's written approval of any settlement recovery which would result in less than a claimant's "entitlement," the sum of benefits and compensation PAID and PAYABLE. Without such approval of a deficiency settlement, the settlement is void.

Thank you for your cooperation.

Sincerely,

Daniel Zimmer
Third Party Adjudicator
Phone: 360-902-5105
Fax: 360-902-5156

TPTY-NSIR
Enclosure

NSIR-2

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR UNITED STATES DISTRICT COURT COUNTY

| | |
|---|---|
| NGOC ANH PHAN and LONG PHAN, | ) CAUSE NO: 3:18-CV-05784-B |
| PLAINTIFF(S) | ) |
| V. | ) |
| NATIONAL RAILROAD PASSENGER COPORATION, d.b.a. AMTRAK; and DOES ONE THROUGH FIFTY. | ) |
| DEFENDANT(S) | ) DEPARTMENT OF LABOR AND INDUSTRIES NOTICE OF STATUTORY INTEREST IN RECOVERY |

YOU AND EACH OF YOU will please take notice that, pursuant to RCW 51.24.030(2), the Washington State Department of Labor and Industries hereby declares a notice of statutory interest in any recovery made by the plaintiff(s) in the above-entitled cause. The department has the right to be reimbursed to the extent of claim costs incurred under claim number ZB23363. All parties are requested to serve copies of all notices, motions, pleadings, and other processes on the Department of Labor and Industries at the address given below.

Dated this March 10, 2020

Daniel Zimmer
Third Party Section
Department of Labor and Industries
PO Box 44288
Olympia WA 98504-4288
Telephone: 360-902-5105

NSIR-3

PO Box 44288 • Olympia Wa 98504-4288

## DECLARATION

states that:

On March 10, 2020, I caused to be placed in the United States mail, postage prepaid, a copy of this document to the attorney(s) of record of plaintiff(s).

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this March 10, 2020, at Olympia, Washington.

*Delanie McCullough*
Third Party Recovery Section

Ref Claim Number:   ZB23363
Ref Cause Number:   3:18-CV-05784-B

NSIR-4